**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nima Ghadimi, | No. CV-25-03106-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Bank & Trust, et al., | |
| Defendants. | |

On August 27, 2025, *Pro Se* Plaintiff, Dr. Nima Ghadimi ("Ghadimi") filed a Complaint (Doc. 1) alleging eight claims against Defendants Arizona Bank and Trust ("Arizona Bank"), Cadles Capital, LLC ("Cadles"), James E. Cross ("Cross"), and several unidentified defendants (collectively, "Defendants"). Ghadimi's Complaint alleges that Defendants have civilly conspired (Count 2) and engaged in racketeering activity (Count 3) with the goal of destroying his healthcare businesses. (*Id.* at ¶¶ 87–91, 92–103). He alleges that Cross, in his capacity as a federally appointed bankruptcy trustee, breached his fiduciary duties (Count 4), defamed Ghadimi (Count 6), and violated his Fifth Amendment rights under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (Count 1). (*Id.* at ¶¶ 104 – 112, 121–127, 80–86). Ghadimi also alleges fraud and conversion claims against Cross and Arizona Bank and seeks declaratory relief under 28 U.S.C. § 2201 to void a guaranty against Cadles. (*Id.* at ¶¶ 113–120, 128–134, 135–141).

Shortly after filing his Complaint on August 27, 2025, at 11:30 a.m., Ghadimi asked the Court for an emergency, *ex parte* Temporary Restraining Order ("TRO Motion") to

prevent Defendants from "transferring, distributing, dissipating, or otherwise disposing of the foreclosure surplus proceeds" from a sale of a property located in California that was to occur at 10:00 a.m. the same morning. (Doc. 2 at 13). Upon receipt, the Court instructed Ghadimi to show cause why his TRO Motion was not moot because the time for the sale had passed by the time he filed his Motion. (Doc. 7 at 2). The Court also asked Ghadimi to provide information about why the matter was not brought to the attention of the bankruptcy court. (*Id.*)

In his Response to the Order to Show Cause, Ghadimi states that the sale of the property in California was postponed until October 29, 2025, and asks the Court to convert his TRO Motion into a Motion for Preliminary Injunction. (Doc. 10 at 2–3). Ghadimi also says this matter is distinct from the underlying bankruptcy judgment and appeal because the bankruptcy court is unable to address his *Bivens* and RICO claims, which do not directly attack the underlying judgment, but instead attack the actions of the bankruptcy trustee and the entities involved in issuing Ghadimi loans for his business. (Doc. 3 at 2–3).

Without more information, the Court will retain jurisdiction over this matter, and grant Ghadimi's request to convert the TRO to a Motion for Preliminary Injunction ("PI Motion"). To date, the record does not reflect that Defendants have been served with the Complaint, his recently-filed Supplement to the Complaint (Doc. 11), his Amended Complaint (Doc. 12), Summons, or Ghadimi's PI Motion. In light of the October 29, 2025, sale, the Court finds that expedited service and briefing of PI Motion is warranted.

Accordingly,

**IT IS ORDERED** that Ghadimi's Motion for Temporary Restraining Order (Doc. 2) shall be converted into Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that Ghadimi shall serve all Defendants with the Amended Complaint, the Supplement to the Complaint, Summons, Motion for PI, and this Order on or before <u>September 15, 2025</u>, and file an Affidavit of Service with the Court within 24 hours of service.

**IT IS FURTHER ORDERED** that all Defendants in this action must respond to

1  Ghadimi's Preliminary Injunction Motion by <u>October 15, 2025</u>.

2  **IT IS FURTHER ORDERED** that Ghadimi may file a Reply to Defendants'
3  response by <u>October 20, 2025</u>.

4  **IT IS FURTHER ORDERED** setting this matter for Oral Argument on <u>October
5  27, 2025, at 10:30 a.m.</u> in Courtroom 605, 401 West Washington Street, Phoenix, AZ
6  85003.

7  **IT IS FINALLY ORDERED** that in addition to mailing Plaintiff a copy of this
8  Order, the Clerk of Court shall email a copy of this Order to Plaintiff at the email address
9  listed on his Complaint: nimaghadimi69@gmail.com.

10  Dated this 8th day of September 2025.

Honorable Diane J. Humetewa
United States District Judge

- 3 -