**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nima Ghadimi, | No. CV-25-03106-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Bank & Trust, et al., | |
| Defendants. | |

On October 15, 2025, the court outlined the policies and procedures all parties must follow throughout this litigation. (Doc. 34.) One such policy is that a "party moving for an extension of time . . . shall indicate in the motion whether the non-movant opposes the request." (Doc. 34 at 10.) Local Rule 7.3 contains a similar requirement. On October 20, 2025, plaintiff Nima Ghadimi filed a motion for extension of time that violates the court's policies and the local rule by not indicating the position of defendants. (Doc. 37.)

Shortly after filing his motion for extension of time, Ghadimi filed his proposed opposition to the motion to dismiss. (Doc. 38.) That opposition is 53 pages and includes more than 850 pages of exhibits. Local Rule 7.2(e)(1) requires oppositions be no more than seventeen pages. And absent very specific situations, the court cannot consider documents beyond the complaint when resolving a motion to dismiss. Ghadimi's 850-plus pages of exhibits are patently improper.

The court previously warned Ghadimi that despite proceeding pro se, he "must follow the same rules of procedure that govern other litigants." (Doc. 34 at 6.) Ghadimi's

motion for extension of time acknowledged this warning and stated he "has taken those warnings seriously." (Doc. 37 at 5.) But on a single day, both of Ghadimi's filings violated the court's procedures and the governing local rules. Because Ghadimi is aware of his obligation to follow the same rules of procedure but opted not to do so, he is at significant risk of being sanctioned if improper filings continue.

The motion for extension of time is denied and the response in opposition to the motion to dismiss is stricken. Ghadimi is given a very brief period to file a renewed motion for extension of time that complies with the court's procedures. If Ghadimi chooses to file such a motion, he must lodge an opposition that is no more than seventeen pages. That opposition must not be accompanied by any exhibits the court cannot consider at the motion to dismiss stage.

**IT IS ORDERED** the Motion for Extension (Doc. 37) is **DENIED**.

**IT IS FURTHER ORDERED** the opposition and all exhibits (Doc. 38) are **STRICKEN**.

**IT IS FURTHER ORDERED** if plaintiff wishes to file an opposition to the motion to dismiss, he must file a motion for extension of time that complies with the court's procedures no later than **October 24, 2025**. Plaintiff must lodge his proposed opposition of no more than seventeen pages and shall not include any exhibits the court may not consider at this stage.

Dated this 21st day of October, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge